Joseph M. McMullen (State Bar No. 246757)
Law Offices of Joseph M. McMullen
501 W. Broadway, Suite 1510
San Diego, CA 92101
Tel: (619) 501-2000
Fax: (619) 615-2264
Email: joe@jmm-legal.com

Attorney for Plaintiff William Carr

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CARR,<br><br>    Plaintiff,<br><br>        v.<br><br>COUNTY OF SAN DIEGO; SAN DIEGO SHERIFF'S DEPARTMENT; JEFFREY CHU; JOE MCMANUS; and DOES 1-10, inclusive,<br><br>    Defendants. | No. 19-cv-1139-JLS-MDD<br><br>**DECLARATION OF JOSEPH M. MCMULLEN IN SUPPORT OF JOINT APPLICATION TO ALLOW PARTIES TO APPEAR SOLELY THROUGH COUNSEL AT THE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Courtroom 13A, Suite 1180<br>Magistrate Judge: Hon Mitchell D. Dembin |

I, JOSEPH M. McMULLEN, declare as follows:

1. I am employed by the Law Offices of Joseph M. McMullen. I am licensed to practice law in the State of California and I am authorized to appear before this Court.

2. I am counsel or record for Plaintiff William Carr in this action.

3. I will appear at the Early Neutral Evaluation Conference ("ENE") on May 14, 2020, on behalf of Plaintiff to negotiate this case. I will be legally and factually prepared to discuss and resolve the case.

4.	I have full authority to negotiate and settle this case on behalf of Plaintiff.

5.	I contacted Plaintiff to inform him of the date and purpose of the ENE.  Plaintiff consents to me appearing on his behalf.

6.	Plaintiff lives in Asheville, North Carolina.

7.	Due to the COVID-19 public emergency, Plaintiff is unable to travel from Asheville, North Carolina to San Diego, California on May 14, 2020.

I, Joseph M. McMullen, affirm under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct of my own knowledge and that this declaration is being executed on this 30th day of April, 2020, at San Diego, California.

By: s/ JOSEPH M. McMULLEN