Declaration of Service

I, the undersigned, declare:

That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On July 16, 2020, I served the following documents: **DEFENDANTS COUNTY OF SAN DIEGO, JEFFREY CHU, AND JOSEPH MCMANUS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** in the following manner:

☒   By electronic filing, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

Joseph Mark McMullen
Law Offices of Joseph M. McMullen
501 W. Broadway, Suite 1510
San Diego, CA 92101
Phn: (619) 615-2264
Fax: (619) 615-2264
E-mail: joe@jmm-legal.com
(*Attorneys for Plaintiff*)

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 16, 2020, at San Diego, California.

By: s/Kate D. Jones, Senior Deputy
E-mail: kate.jones@sdcounty.ca.gov

**[CARR v. COUNTY OF SAN DIEGO, et al.;
USDC No. 19-cv-01139-JLS-MDD]**