UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CARR,<br><br>                                Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>                              Defendants. | Case No.: 19cv1139-JLS-MDD<br><br>**ORDER CONVERTING MANDATORY SETTLEMENT CONFERENCE TO ZOOM MANDATORY SETTLEMENT CONFERENCE** |

On September 10, 2020, the Court set an in-person Mandatory Settlement Conference for January 5, 2021. (ECF No. 40 at 3). In light of the COVID-19 pandemic, the Court **CONVERTS** the Mandatory Settlement Conference from an in-person conference to a conference via Zoom. The Court will use its official Zoom video conferencing account to hold the Conference. On or before **December 29, 2020** counsel for each party must email to the Court at efile_Dembin@casd.uscourts.gov the name and title of each participant and an e-mail address for each participant to receive the Zoom videoconference invitation. Prior to the Conference, the Court will email each participant an invitation to join a Zoom conference. Upon joint

request of the parties, the Court will convert the Mandatory Settlement Conference to a telephonic conference.  All other guidelines remain as previously set.  (ECF No. 40 at 3).

**IT IS SO ORDERED**.

Dated:   December 17, 2020

_____
Hon. Mitchell D. Dembin
United States Magistrate Judge