UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CARR,<br><br>                         Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; JEFFREY CHU; JOSEPH MCMANUS; CHRISTOPHER CADIGAN; JASON FERGUSON; ALEXANDER SOLIMAN; and DOES 1–10, inclusive,<br><br>                        Defendants. | Case No.: 19-CV-1139 JLS (MDD)<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION TO APPEAR TELEPHONICALLY FOR HEARING ON MOTION FOR SUMMARY JUDGMENT**<br><br>(ECF No. 69) |

      Presently before the Court is Plaintiff William Carr's *Ex Parte* Motion to Appear Telephonically for Hearing on Motion for Summary Judgment ("*Ex Parte* Mot.," ECF No. 69). Although Plaintiff's counsel will appear in person at the hearing, Plaintiff will be in the Asheville, North Carolina, area at the time of the hearing and unable to attend in person. *Id.*

/ / /

/ / /

/ / /

/ / /

Good cause appearing, the Court **GRANTS** Plaintiff's Ex Parte Motion. Plaintiff **MAY APPEAR** telephonically at the hearing should contact the Courtroom Deputy by e-mail at alex_ramos@casd.uscourts.gov for teleconferencing access information.

**IT IS SO ORDERED.**

Dated: July 8, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge