# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CARR,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; JEFFREY CHU; JOSEPH MCMANUS; CHRISTOPHER CADIGAN; JASON FERGUSON; ALEXANDER SOLIMAN; and DOES 1–10, inclusive,<br><br>        Defendants. | Case No.: 19-CV-1139 JLS (MDD)<br><br>**ORDER SETTING HEARING TO DISCUSS TRIAL DATE** |

The Court is in receipt of Defendants' counsel's e-mail concerning a conflict with the September 19, 2022 trial date in this matter. As requested by the Parties, the Court **SETS** a hearing at <u>1:45 p.m. on Friday, June 17, 2022</u>, to discuss alternative trial dates in this matter. Any Party wishing to appear telephonically shall contact the Courtroom Deputy by e-mail at efile_sammartino@casd.uscourts.gov for teleconferencing access information.

  **IT IS SO ORDERED.**

Dated: June 15, 2022

                  Hon. Janis L. Sammartino
                  United States District Judge