UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CARR,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; JEFFREY CHU; JOSEPH MCMANUS; CHRISTOPHER CADIGAN; JASON FERGUSON; ALEXANDER SOLIMAN; and DOES 1–10, inclusive,<br><br>  Defendants. | Case No.: 19-CV-1139 JLS (MDD)<br><br>**ORDER CONTINUING TRIAL AND TRIAL-RELATED DATES**<br><br>(ECF No. 118) |

Presently before the Court is Defendants' Status Brief and Request to Continue Trial and Trial-Related Dates (ECF No. 118). Defendants request that the Court continue the trial date and all related dates in this matter in light of an earlier-scheduled trial that presents a conflict for one of the named Defendants. *See id.* at 2. Plaintiff opposes on the ground that this conflict was known at the time this Court set the trial date for this matter. *See id.*

/ / /

/ / /

/ / /

/ / /

/ / /

While Plaintiff's point is well taken, in order to accommodate its criminal trial schedule, the Court **VACATES** the present trial date and all related dates. A continued trial date will be set in this matter during the status hearing scheduled for July 29, 2022, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: July 26, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge