# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CARR,<br><br>                           Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; JEFFREY CHU; JOSEPH MCMANUS; CHRISTOPHER CADIGAN; JASON FERGUSON; ALEXANDER SOLIMAN; and DOES 1–10, inclusive,<br><br>                         Defendants. | Case No.: 19-CV-1139 JLS (MDD)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE**<br><br>(ECF No. 123) |

Presently before the Court is Plaintiff William Carr's Motion for Counsel to Appear Telephonically at Status Conference ("Mot.," ECF No. 123). Good cause appearing, the Court **GRANTS** Plaintiff's Motion. Plaintiff's counsel **MAY APPEAR** by telephone for the December 1, 2022 Status Conference and **SHALL CONTACT** the Courtroom Deputy by e-mail at Adrianna_Garcia@casd.uscourts.gov for teleconferencing access information.

**IT IS SO ORDERED.**

Dated: November 28, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge