UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CARR,<br><br>                      Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; JEFFREY CHU; JOSEPH MCMANUS; CHRISTOPHER CADIGAN; JASON FERGUSON; ALEXANDER SOLIMAN; and DOES 1–10, inclusive,<br><br>                      Defendants. | Case No.: 19-CV-1139 JLS (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS INDIVIDUAL DEFENDANTS ONLY**<br><br>(ECF No. 130) |

Presently before the Court is the Parties' Joint Motion to Dismiss Individual Defendants Only ("Joint Mot.," ECF No. 130). Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** Defendants Jeffrey Chu, Joseph McManus, Christopher Cadigan, Jason Ferguson, and Alexander Soliman, with each side to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: February 27, 2023

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge