Joseph M. McMullen, Esq. (SBN 246757)
Law Offices of Joseph M. McMullen
501 W. Broadway, Suite 1510
San Diego, California 92101
Telephone: (619) 501-2000
Facsimile: (619) 615-2264
E-Mail: joe@jmm-legal.com

Attorney for Plaintiff William Carr

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CARR,<br><br>    Plaintiff,<br><br> v.<br><br>COUNTY OF SAN DIEGO; JEFFREY CHU; JOSEPH MCMANUS; CHRISTOPHER CADIGAN; JASON FERGUSON; ALEXANDER SOLIMAN; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 19-cv-1139-JLS-MDD<br><br>**JOINT MOTION TO DISMISS DEFENDANT COUNTY OF SAN DIEGO AND ENTIRE ACTION** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and/or 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff William Carr and Defendant County of San Diego (the only remaining defendant in this Action), by and through their respective attorneys of record, jointly move:

1. to dismiss Defendant County of San Diego, with prejudice;
2. to dismiss the entire Action, with prejudice; and
3. that each side shall bear their own attorneys' fees and costs.

Respectfully submitted,

Dated: March 8, 2023        */s/ Joseph M. McMullen*
Joseph M. McMullen
Attorney for Plaintiff William Carr

Dated: March 8, 2023        THOMAS E. MONTGOMERY, County Counsel

By: */s/ Kate Jones*
Kate Jones
Senior Deputy County Counsel
Attorney for Defendants County of San Diego, Jeffrey Chu, Joseph McManus, Jason Ferguson, Alexander Soliman, and Christopher Cadigan

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for all parties and that I have obtained authorization for all of the foregoing signatories to affix their electronic signature to this document.

Dated: March 8, 2023        */s/ Joseph M. McMullen*
Joseph M. McMullen
Attorney for Plaintiff William Carr