UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CARR,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; JEFFREY CHU; JOSEPH MCMANUS; CHRISTOPHER CADIGAN; JASON FERGUSON; ALEXANDER SOLIMAN; and DOES 1–10, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: 19-CV-1139 JLS (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT COUNTY OF SAN DIEGO AND ENTIRE ACTION**<br><br>(ECF No. 132) |

Presently before the Court is the Parties' Joint Motion to Dismiss Defendant County of San Diego and Entire Action ("Joint Mot.," ECF No. 132). Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** Defendant County of San Diego and the entire action, with each side to bear its own attorneys' fees and costs. As this concludes this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: March 9, 2023

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge